# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND,<br>Plaintiffs,<br>v.<br>DYNAMIC CONSTRUCTION INC., an Illinois Corporation,<br>Defendant. | No. 14 C 1811<br><br>Judge Gottschall<br><br>Magistrate Judge Cole |

## MOTION FOR JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an judgment in favor of Plaintiffs and against Defendant, DYNAMIC CONSTRUCTION, INC., an Illinois corporation.

In support thereof, Plaintiffs state as follows:

1. This case was filed on March 14, 2014.

2. Defendant was served with Summons and Complaint on May14, 2014 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit A, the Defendant owes Plaintiffs the total of $96,392.41 based on an audit of the Defendant's books and records for the period from October 1, 2012 through October 31, 2014, and an inspection of the records of the Funds. The amount consists of $87,302.26 on the audit, consisting of $74,262.84 for contributions, $11,139.49 for liquidated damages, $1,900.00 for audit costs, and $9,090.15 for unpaid liquidated damages.

5. Dynamic made payments of $11,733.08, and $9,900.00 that are to be applied listed in paragraph 4. After subcontracting those amounts, the Defendant owes an adjusted amount of $74,759.33, not including any attorneys' fees, or court costs.

6. Plaintiffs' are entitled to recover their reasonable attorneys' fees and court costs in the prosecution of this action. According to the Declaration of James R. Anderson, attached as Exhibit B, the Plaintiffs have incurred at least $3,000.00 in attorneys' fees and costs.

6. The total amount owed is $77,759.33.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter final judgment in favor of Plaintiffs and against the Defendant in the amount of $77,759.33 , limited to the audit period ending October 31, 2014.

                                         **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS, et al.**

                                         By: s/ James R. Anderson
                                                  One of Its Attorneys

Donald D. Schwartz
James R. Anderson
Grant R. Piechocinski
ARNOLD AND KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, IL 60601
(312) 236-0415